NUMBER 13-01-747-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


J.C. PENNEY COMPANY AND 

CHRISTINA RODRIGUEZ CUELLAR , Appellants,

v.


SAN JUANITA CABALLERO , Appellee.

____________________________________________________________________


On appeal from the 103rd District Court

of Cameron County, Texas.

____________________________________________________________________


O P I N I O N

 

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellants, J.C. PENNEY COMPANY AND CHRISTINA RODRIGUEZ CUELLAR , perfected an appeal from a
judgment entered by the 103rd District Court of Cameron County, Texas, in cause number 2000-01-51-D . After the clerk's
record was filed, appellants filed a motion to dismiss the appeal. In the motion, appellants state that they no longer wish to
pursue this appeal. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 13th day of December, 2001 .